ACCEPTED
06-14-00101-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/6/2015 11:25:25 PM
DEBBIE AUTREY
CLERK

## CASE NO. 06-14-00101-CV

**IN THE
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/7/2015 8:46:00 AM
DEBBIE AUTREY
Clerk

*IN THE MATTER OF THE MARRIAGE OF EMMA RUTH VINSON AND BEN ANDREW VINSON, SR.*

## MOTION TO ALLOW SUPPLEMENTATION OF BRIEF UPON COMPLETION OF APPELLATE RECORD

**JOE SHUMATE**
**State Bar No. 18327500**
**107 North Main Street**
**P. O. Box 1915**
**Henderson, Texas 75653-1915**
**(903) 657-1416**
**(903) 655-8211**
**Attorney for Appellant, Ben Andrew Vinson**

## MOTION TO ALLOW SUPPLEMENTATION OF BRIEF UPON COMPLETION OF APPELLATE RECORD

**TO THE HONORABLE COURT:**

COMES NOW Ben Andrew Vinson, Appellant in the above-styled and numbered cause, by and through his attorney of record, and files this his Motion to Allow Supplementation of Brief Upon Completion of Appellate Record, and in support of same would respectfully show unto the Court as follows:

1. The time for filing the Brief on Appeal in this case is the 6th day of May, 2015. Appellant is filing his brief contemporaneously with this motion because he has already received two extensions of time to file his brief.

2. In preparing the Appellant's brief, Counsel for Appellant learned that due to clerical error, pleadings upon which the judgment of the trial court was rendered were not included in the Clerk's Record, nor was a transcription of the hearing on April 21, 2014 included in the Court Reporter's Record. Appellant was able to complete his brief based upon the presently available record, however, wishes to reserve the right to amend or supplement the issues raised in his brief once the record has been corrected. It is believed that such supplementation will be minimal, and primarily aimed at ensuring the brief properly cites to the supplemented record on appeal for the convenience of the Court, and in compliance with the Texas Rules of Appellate Procedure.

3. The attached affidavit of Joe Shumate for Appellant herein, is offered in support of this motion.

WHEREFORE, Appellants request that:

1. The Clerk of this Court give notice of this motion to Appellee, by and through her attorney of record;

2. This Court grant Appellant's motion;

3. This Court extend the time for amending or supplementing Appellant's Brief until ten (10) days after the Clerk's Record and Court Reporter's Record have been supplemented.

Respectfully submitted,

LAW OFFICE OF JOE SHUMATE

BY

Joe Shumate
State Bar No. 18327500
107 North Main Street
P. O. Box 1915
Henderson, Texas 75653-1915
(903) 657-1416
(903) 655-8211
Attorney for Appellant

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on May 7, 2015.

Joe Shumate

## AFFIDAVIT

**STATE OF TEXAS** §
§
**COUNTY OF RUSK** §

On this day personally appeared Joe Shumate, who after being by me first duly sworn, did depose and state that the facts and allegations set out in the above and foregoing Motion to Extend Time for Filing of Brief on Appeal are within his personal knowledge and belief and are true and correct.

_____
Joe Shumate

SUBSCRIBED AND SWORN TO BEFORE ME this the 12th day of March, 2015 by Joe Shumate, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

MARIAN TAYLOR
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
11-24-2018

-4-